UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

HERIBERTO LAGUERE,

                                                                                  Plaintiff,

-against-

THE CITY OF NEW YORK (CITY); THE NEW YORK CITY POLICE DEPARTMENT (NYPD); Individually and in his official capacity as then NEW YORK CITY POLICE OFFICER – POLICE OFFICER JASON ARBEENY,

                                                                                Defendants.

-----------------------------------------------------------------------x

**SUGGESTION OF DEATH UPON THE RECORD PURSUANT TO RULE 25(a)(1)**

No. 24 Civ. 6095 (MKB)(MMH)

       **PLEASE TAKE NOTICE** that pursuant to Rule 25 of the Federal Rules of Civil Procedure, the Corporation Counsel's Office of the City of New York affirms the following:

       It was determined by Senior Counsel Alexandra Corsi that Defendant JASON ARBEENY passed away on or about March 24, 2022.

       **WHEREFORE,** the New York City Law Department, Office of Corporation Counsel, suggests upon the record that Defendant Jason Arbeeny is deceased; and

       **WHEREFORE**, the New York City Law Department, Office of Corporation Counsel, hereby requests that any motion for substitution of a proper party be timely made within ninety (90) days of this date.

Dated: New York, New York
       February 21, 2025

                                    **MURIEL GOODE-TRUFANT**
                                    Corporation Counsel of the City of New York
                                   *Attorney for Defendants*
                                   100 Church Street
                                   New York, New York 10007
                                   (212) 356-3545

                            By:   */s/ Alexandra Corsi*
                                   ALEXANDRA CORSI
                                   *Senior Counsel*
                                   Special Federal Litigation Division

cc: Rudy Velez, Esq. (by ECF)
*Attorney for Plaintiff*